

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00376-CV

Amanda Brooke **PLESS**,
Appellant

v.

Wayne J. **RANSBERGER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 09-1332-CV
Honorable Robin V. Dwyer, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Jason Pulliam, Justice

Delivered and Filed:  September 28, 2016

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, this court grants the motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM